AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cudahy, Richard D. | Court of Appeals/7th Circuit | 05/15/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Chambers 2648<br>219 South Dearborn Street<br>Chicago, IL 60604 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman of the Board of Directors | ████████████ Fund |
| 2. Chairman | Gender Bias Committee/7th Circuit Court of Appeals |
| 3. Member and Fellow | American Bar Association |
| 4. Member, Council Group | American Bar Association Section on Public Utilities, Communications & Transportation |
| 5. Member | The Lawyers Club of Chicago |
| 6. Member | Federal Judges' Association |
| 7. Trustee Emeritus and Member of Investment Committee | Catholic Theological Union, Chicago, Illinois |
| 8. Member | American Legion |
| 9. Co-Trustee | Richard D. Cudahy ●T #1, #2 |
| 10 Member | Union League Club of Chicago |
| 11 Member | Advisory Committee to the Center for International Human Rights at Northwestern University |
| 12 Member | Foundation Advisory Board of the International Aviation Law Institute at DePaul University |
| 13 Member | Visiting Committee of the University of Chicago Divinity School |
| 14 Honorary Judicial Member | IPLAC - Intellectual Property Law Association of Chicago |
| 15 Member | Judicial Advisory Board of the American Society of International Law |

Cudahy_RIchard_D

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Prudential Retirement (formerly ▮▮▮▮ Pension Plan B) | $1,451.00 |
| 2. 2008 | West Services, book royalties | $1,088.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Salary as Medical Doctor for Advocate Northside Health System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Cornell University | February 15, 2008 | Ithaca, New York | Judging Moot Court | air fare, lodging, meal |
| 2. American Constitution Society | March 11, 2008 | Stanford, California | Panel Program at Stanford | air fare, lodging, meal |
| 3. National Conference of Regulatoroy Attorneys | June 9, 2008 | Charleston, SC | Guest Speaker | air fare and meal |
| 4. University of Colorado at Boulder | September 5, 2008 | Boulder, CO | Guest Speaker | air fare, lodging, meal |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. RICHARD D. CUDAHY, Personal | | | | | | | | | |
| 2. -Cash Northern Trust Chicago | A | Interest | K | T | | | | | |
| 3. -Cash Marshall&Ilsley Milw | A | Interest | J | T | | | | | |
| 4. Schwab Govt Money Fund | E | Interest | P1 | T | | | | | |
| 5. -U.S. Treas Note | C | Interest | | | Sold | 11/15 | M | C | |
| 6. -U S Treas Note | C | Interest | M | T | | | | | |
| 7. -U S Treas Sec Stripped | | | M | T | | | | | Col. B (2)--Market di<br>sct accretion |
| 8. Tulsa County OK Indp Sch Dis | D | Interest | M | T | | | | | |
| 9. Santa Clara CA Uni Sch Dist | D | Interest | M | T | | | | | |
| 10. -Maine St GO BNDS | C | Interest | M | T | Buy | 12/8 | M | | |
| 11. -NJ GO BNDS | C | Interest | M | T | Buy | 12/1 | M | | |
| 12. -Clark Cnty NV Flood Control | D | Interest | | | Sold | 11/1 | M | A | |
| 13. -Port Seattle WA | D | Interest | M | T | | | | | |
| 14. -El PasoCnty TX | D | Interest | | | Sold | 2/15 | M | | |
| 15. -Salt Lake Cnty UT | C | Interest | M | T | | | | | |
| 16. -McKinney TX Ser B | D | Interest | M | T | | | | | |
| 17. -Jordan UT School | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U=Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Mississippi ST | C | Interest | M | T | | | | | |
| 19. -Arlington TX ISD | C | Interest | M | T | | | | | |
| 20. -Gulf Coast Waste TX | C | Interest | M | T | | | | | |
| 21. -OH ST Bldg Auth | C | Interest | | | Sold | 4/1 | L | A | |
| 22. -Columbus NE Comb. | C | Interest | | | Matured | 12/15 | L | A | |
| 23. -New York NY GO BDS | C | Interest | M | T | Buy | 12/8 | M | | |
| 24. -New York ST | C | Interest | M | T | Buy | 12/1 | M | | |
| 25. -Wichita, KS | D | Interest | | | Sold | 9/1 | M | | |
| 26. -King Co. WA | D | Interest | | | Sold | 1/1 | M | B | |
| 27. -Utah ST | D | Interest | | | Sold | 7/1 | M | | |
| 28. -Univ. AL Gen | C | Interest | | | Sold | 10/1 | M | | |
| 29. -Nicholas Fund | A | Dividend | L | T | Sold (part) | 10/8 | L | D | |
| 30. | E | Dividend | K | T | Buy (add'l) | 6/5 | K | | Reinv |
| 31. -Vanguard GoldPrecMetals | D | Dividend | L | T | Buy (add'l) | 12/16 | J | | " |
| 32. | B | Dividend | J | T | Buy (add'l) | 13/27 | J | | " |
| 33. -Newcrest Mining | A | Dividend | K | T | Buy | 1/16 | K | | |
| 34. -First Eagle Gold | D | None | M | T | Buy (add'l) | 12/17 | J | | Reinv |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Agnico Eagle Mines | A | None | K | T | Buy (add'l) | 7/16 | K | | " |
| 36. -Kinross Gold | A | None | K | T | Buy (add'l) | 2/26 | K | | " |
| 37. -Barrick Gold Corp. | A | None | K | T | | | | | |
| 38. -Franklin Gold | D | None | L | T | Buy (add'l) | 12/1 | J | | Reinv. |
| 39. -[SPDR] Streettracks Gold Tr | | None | L | T | | | | | |
| 40. -Genworth Life Ins. Co. | D | Distribution | M | T | | | | | |
| 41. -USBank Milw IRA Cash | A | Interest | K | T | | | | | |
| 42. -NuveenTaxExUnitTrusts (3) (Wachovia) | A | Dividend | J | T | | | | | |
| 43. -AGE Bank Dep Program (X) (Wachovia) | A | Interest | J | T | | | | | |
| 44. -HI St Ser BQ Reg CMP (Wachovia) | B | Interest | K | T | | | | | |
| 45. -HarrisBnkWinnetka Cash/CashEq | A | Interest | J | T | | | | | |
| 46. -HarrisBnkWinnetka C/D | D | Interest | M | T | | | | | |
| 47. -HarrisBnkWintka Prem Savers | B | Interest | K | T | | | | | |
| 48. -Marshl/IlslyBnkMilw C/D (IRA) | B | Interest | K | T | | | | | |
| 49. -Nuveen Prem Inc. MuniFund IV (Stifel) | B | Dividend | K | T | | | | | |
| 50. -General Muni MM (Stifel) | A | Dividend | J | T | Buy | 12/31 | J | | |
| 51. VanKampen Advtg Muni Inc Tr II (Stifel) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Centennial MonMkt Tr (Wachovia) | B | Dividend | J | T | | | | | |
| 53. -NuveenSelectTaxFreeIncome (Tr 525) (Wachovia) | A | Dividend | J | T | | | | | |
| 54. -Municipal Advantage Fund (PIMCO) (Stifel) | B | Dividend | K | T | | | | | |
| 55. -Nuveen Municipal Value Fund (Wachovia) | A | Dividend | K | T | | | | | |
| 56. -Neuberger Berman Mun Fund (Intermediate) (Stifel) | B | Dividend | K | T | | | | | |
| 57. -Blackrock Muni Tr. II (Stifel) | B | Dividend | K | T | | | | | |
| 58. RICHARD D. CUDAHY⬤T #1 - NORTHERN TR CO-TTE | G | | P2 | T | | | | | B2=div, int, cap gain distributions |
| 59. -Short-term Investments & Cash | | Interest | | T | | | | | |
| 60. -MFB Northern Grwth Eqty Fund (NOGEX) | | Dividend | | | Sold | 2/28 | N | | |
| 61. -MFB Northern Intnatl GrEqFnd (NOIGX) | | Dividend | | | Sold | 6/3 | PI | | |
| 62. -MFB Northern SmallCapIndexFnd (NSIDX) | | Dividend | | | Sold | 2/28 | O | | |
| 63. " | | Dividend | | | Sold | 6/3 | L | | |
| 64. " | | Dividend | | | Sold | 10/9 | K | | |
| 65. " | | Dividend | | T | Buy (add'l) | 12/22 | K | | |
| 66. -MFB Northern Mid-Cap Index Fnd (NOMIX) | | Dividend | | T | Buy | 2/28 | O | | |
| 67. " | | Dividend | | | Sold | 10/9 | L | | |
| 68. " | | Dividend | | | Sold | 10/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. " | | Dividend | | T | Buy | 12/22 | J | | |
| 70. -MFB Northern Fnds Large Cap Index ( NOLVX) | | Dividend | | T | Buy | 2/28 | L | | |
| 71. " | | Dividend | | | Sold | 6/3 | M | | |
| 72. -MFB Northern Fnds Stk Ind Fund (NOSIX) | | Dividend | | T | Buy | 6/3 | P1 | | |
| 73. " | | Dividend | | | Sold | 10/9 | N | | |
| 74. " | | Dividend | | | Sold | 10/15 | N | | |
| 75. -MFB Northern Emerg Mkts Fund (NO EMX) | | Dividend | | T | Buy | 6/3 | N | | |
| 76. " | | Dividend | | | Sold | 10/9 | K | | |
| 77. " | | Dividend | | | Sold | 10/15 | K | | |
| 78. " | | Dividend | | T | Buy | 12/22 | J | | |
| 79. -MFB Northern Int'l Equ Fnd Index (NOINX) | | Dividend | | T | Buy | 2/28 | M | | |
| 80. " | | Dividend | | T | Buy | 6/3 | P1 | | |
| 81. " | | Dividend | | | Sold | 10/9 | M | | |
| 82. " | | Dividend | | | Sold | 10/15 | M | | |
| 83. -Orono, MN, Indpt Schl Dist | | Interest | | T | Buy | 5/7 | M | | |
| 84. -Santa Fe NM Com Coll | | Interest | | T | | | | | |
| 85. -Univ SC HR Ed Rev. | | Interest | | T | Buy | 4/30 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86.   -Southern IL Univ | | Interest | | T | | | | | |
| 87.   -Washoe Cty NV Schl Dist. | | Interest | | T | Buy | 3/20 | M | | |
| 88.   -Atlanta GA Dev Auth | | Interest | | T | | | | | |
| 89.   -Portland, OR Sew Sys Rev. | | Interest | | T | Buy | 4/17 | M | | |
| 90.   -Glendale, AZ Wtr & Swr Rev. | | Interest | | T | Buy | 3/19 | M | | |
| 91.   -Columbia, MO Sch Dist | | Interest | | T | Buy | 4/1 | M | | |
| 92.   -NJ Environmental | | Interest | | T | Redeemed (part) | 9/2 | M | | amort/accrete |
| 93.   -Maryland | | Interest | | | Matured | 3/1 | M | | |
| 94.   -Forest Hills MI PubSchl | | Interest | | T | | | | | |
| 95.   -Summit NJ | | Interest | | T | | | | | amort/accrete |
| 96.   -Henrico Cnty VA | | Interest | | T | | | | | amort/accrete |
| 97.   RICHARD D CUDAHY ●T #2/H Fuldner, Milw - Co-Ttee | F | | P1 | T | | | | | B2=di, int, cap gain distributions |
| 98.   -Schwab Govt. Money Fund | | Interest | | T | | | | | |
| 99.   -U.S. Treas Note | | | | T | | | | | |
| 100.  -U.S. Treas Note | | Interest | | T | | | | | |
| 101.  -U.S. Treas. Note | | Interest | | T | | | | | |
| 102.  -U.S. Treas. Note | | Interest | | | Sold | 10/31 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Ishares Msci Emerg. Mkts Ind. Fund | | Dividend | | | | | | | |
| 104.  TX St Pub Fin. Auth Rev. | | Interest | | T | | | | | |
| 105.  -Tempe AZ | | Interest | | T | | | | | |
| 106.  -Clark Cnty NV | | Interest | | | Sold | 11/1 | M | A | |
| 107.  -Sapulpa OK Cap Impr | | Interest | | T | | | | | |
| 108.  -Kentucky Interlocal Sch Trans Auth. | | Interest | | T | | | | | |
| 109.  -Portsmouth VA Prf | | Interest | | T | | | | | |
| 110.  -Portsmouth VA | | Interest | | | Sold | 6/1 | L | | |
| 111.  -Travis Cnty TX | | Interest | | T | | | | | |
| 112.  -Montgomery Co. MD Pkg Rev. | | Interest | | T | | | | | |
| 113.  -Gulf Coast Waste TX | | Interest | | T | | | | | |
| 114.  -Tacoma WA Water | | Interest | | T | | | | | |
| 115.  -Pulaski Cnty AR | | Interest | | T | | | | | |
| 116.  -Nicholas Fund | | Dividend | | T | Sold (part) | 10/8 | L | | |
| 117. | | Dividend | | T | Buy (add'l) | 6/5 | K | | Reinv Shares |
| 118. | | Dividend | | T | Buy (add'l) | 12/29 | K | | " |
| 119.  -Fidelity Equity Inc. Fund | | Dividend | | T | | 12/12 | J | | Reinv Shares |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Utah ST Ser B 4.5% | | Interest | | | Sold | 7/1 | L | | |
| 121. -MA St Bnds | | Interest | | T | Buy | 9/9 | M | | |
| 122. -Denver Co. City & Co. SD | | Interest | | T | | | | | |
| 123. -NY GO Bnds | | Interest | | T | Buy | 11/12 | M | | |
| 124. -Albuq NM CO Gen PU | | Interest | | T | Buy | 5/21 | L | | |
| 125. -OH St GO Hwy CA | | Interest | | T | Buy | 11/12 | M | | |
| 126. -Vanguard IntnatlGroPofolio | | Dividend | | T | Buy (add'l) | 12/16 | K | | Reinv Dividends |
| 127. -Vanguard Index500 Pofolio | | Dividend | | T | Buy (add'l) | 12/26 | J | | " |
| 128. | | Dividend | | T | Buy (add'l) | 3/27 | J | | " |
| 129. -AIM Invesco Finan Svcs | | Dividend | | T | Buy (add'l) | 12/12 | J | | " |
| 130. -Vanguard Healthcare Portfolio | | Dividend | | T | Buy (add'l) | 12/16 | K | | " |
| 131. T Rowe Price MidCap Growth | | Dividend | | T | Buy (add'l) | 12/12 | J | | " |
| 132. -King Co. WA Ref. Ser. A | | Interest | | | Sold | 1/1 | L | A | |
| 133. Powershares QQQ formerly Nasdaq 100 Index Trcking Stock | | Dividend | | | Sold | 10/8 | M | | |
| 134. RICHARD D CUDAHY 1976 TRUST/HF &JSC TTEES | E | | P1 | T | | | | | B2=div, int, cap gain distributions |
| 135. -Charles Schwab Govt. Money Fund | | | | T | | | | | |
| 136. U.S. Treas. Note | | Interest | | | Sold | 10/31 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. U.S. Treas. Note | | Interest | | T | | | | | |
| 138. U.S. Treas. Note | | Interest | | T | | | | | |
| 139. -Leander, TX Ind. Sch. | | Interest | | T | | | | | |
| 140. TX St Pub Fin Auth | | Interest | | T | | | | | |
| 141. -Tempe AZ | | Interest | | T | | | | | |
| 142. -CT St Bonds | | Interest | | T | Buy | 11/5 | L | | |
| 143. -L.A. CA Uni Sch Dist GO Bnds | | Interest | | T | Buy | 11/5 | L | | |
| 144. -Albuq NM GO GEN PU | | Interest | | T | Buy | 5/21 | L | | |
| 145. -Clark Cnty NV Ref Flood Contrl | | Interest | | | Sold | 11/1 | L | A | |
| 146. -Kentucky Intloc Sch Trans Auth | | Interest | | T | | | | | |
| 147. -Pulaski Cnty AR | | Interest | | T | | | | | |
| 148. -Beaufort Cnty. S.C. | | Interest | | T | | | | | |
| 149. -Ishares Msci Emerg. Mkts Ind. Fund. | | Dividend | | T | | | | | |
| 150. -King Co. WA Ref. Ser. A | | None | | | Sold | 1/1 | L | A | |
| 151. -Nicholas Fund | | Dividend | | T | Buy (add'l) | 6/5 | J | | Reinvested Dividends |
| 152. | | | | | Sold (part) | 10/8 | K | | |
| 153. -Fidelity Equity Income Fund | | Dividend | | T | Buy (add'l) | 12/12 | J | | Reinvested Dividends |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -VanguardWorldIntnatlGrowth | | Dividend | | T | Buy (add'l) | 12/16 | J | | " |
| 155. -Vanguard Index Tr 500 | | Dividend | | T | Buy (add'l) | 12/26 | J | | " |
| 156. -Vanguard Health Care | | Dividend | | T | Buy (add'l) | 12/16 | J | | " |
| 157. -AIM Invesco Finan Svcs | | Dividend | | T | Buy (add'l) | 12/12 | J | | " |
| 158. -T Rowe Price MidCap Growth | | Dividend | | T | Buy (add'l) | 12/12 | J | | " |
| 159. Powershares QQQ formerly Nasdaq 100 Index | | Dividend | | | Sold | 10/8 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000.001 - $5,000.000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Under Part VII. - Investments and Trusts

Assets held under the partnership called RDC Co. were distributed during December, 2007, to the ██████████ for whom they had been held. ██████████ ██████████, and Judge Cudahy is no longer a trustee for these assets. Equity as of 12/31/07 in one remaining fund under this entity was distributed in early 2008, and RDC Co. has ceased to exist.

With reference to lines 97 and 134, Trustee HF passed away in January, 2009, and will have a replacement for the 2009 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | - 05/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALS                                        IVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544